1  **JAMES M. CHAVEZ**
   California State Bar No. 255766
2  FEDERAL DEFENDERS OF SAN DIEGO, INC.
   225 Broadway, Suite 900
3  San Diego, California 92101-5030
   Telephone (619) 234-8467
4  Facsimile (619) 687-2666
   james_chavez@fd.org
5

6  Attorneys for Mr. Garcia-Guerrero

7

8                       UNITED STATES DISTRICT COURT

9                    FOR THE SOUTHERN DISTRICT OF CALIFORNIA

10

| 11 | UNITED STATES OF AMERICA, | ) | Case No. 08mj2071 |
|---|---|---|---|
| 12 | Plaintiff, | ) | |
| 13 | v. | ) | **NOTICE OF APPEARANCE** |
| 14 | **GILBERTO GARCIA-GUERRERO,** | ) | |
| 15 | Defendant. | ) | |

16

17          Pursuant to implementation of the CM/EMF procedures in the Southern District of California,

18  James M. Chavez, Federal Defenders of San Diego Inc., files this Notice of Appearance as lead attorney in

19  the above-captioned case.

20                                          Respectfully submitted,

21  Dated: July 11, 2008                     *s/ James M. Chavez*
                                             Federal Defenders of San Diego, Inc.
22                                           *james_chavez@fd.org*

23

24

25

26

27

28

**JAMES M. CHAVEZ**
California State Bar No. 255766
FEDERAL DEFENDERS OF SAN DIEGO, INC.
225 Broadway, Suite 900
San Diego, California 92101-5030
Telephone (619) 234-8467
Facsimile (619) 687-2666
james_chavez@fd.org

Attorneys for Mr. Garcia-Guerrero

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 08mj2071 |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **PROOF OF SERVICE** |
| ) | |
| **GILBERTO GARCIA-GUERRERO**, ) | |
| ) | |
| Defendant. ) | |
| ) | |

    Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of his information and belief, and that a copy of the foregoing document has been served via CM/ECF this day upon:

    **UNITED STATES ATTORNEY**
    efile.dkt.gc1@usdoj.gov,

Dated: July 11, 2008                        s/ *James M. Chavez*
                                                        JAMES M. CHAVEZ
                                                        Federal Defenders of San Diego, Inc.,
                                                        225 Broadway, Suite 900
                                                        San Diego, CA 92101-5030
                                                        (619) 234-8467  (tel)
                                                        (619) 687-2666  (fax)
                                                        e-mail: james_chavez@fd.org