AO 455(Rev. 5/85) Waiver of Indictment

**FILED**

AUG - 5 2008

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                          DEPUTY

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA

v.

GILBERT GARCIA-~~GONZALEZ~~ Guerrero

**WAIVER OF INDICTMENT**

CASE NUMBER: 08CR2537· H

I, GILBERT GARCIA-GONZALEZ, the above named defendant, who is accused of

committing the following offense:

Title 8, U.S.C., Sec. 1325 - Illegal Entry (Felony); Title 8, U.S.C., Sec. 1325 - Illegal
Entry (Felony),

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby

waive in open court on ___8/5/08___ prosecution by indictment and consent that the

proceeding may be by information rather than by indictment.

_____
Defendant

_____
Counsel for Defendant

Before _____
JUDICIAL OFFICER